JS - 6

**FILED: 12/19/13**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHA OVIEDA, et al )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SODEXO OPERATIONS, LLC, et al )<br>)<br>Defendants. )<br>_____) | **CASE NO. CV 12-1750 GHK (SSx)**<br><br>**ORDER OF DISMISSAL** |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled,

    **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action if settlement is not consummated.

DATED: 12/18/13

GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE